**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ANTHONÉE PATTERSON,　　　　　　　　　:　No. 13 EM 2024
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Petitioner　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
KENNETH SHELTON, INDIVIDUALLY, AND　:
PRESIDENT OF THE BOARD OF　　　　　　:
TRUSTEES OF THE GENERAL　　　　　　　:
ASSEMBLY OF THE LORD JESUS CHRIST　:
OF THE APOSTOLIC FAITH, INC. AND　　　:
THE TRS. OF GEN. ASSEMBLY OF　　　　　:
CHURCH OF LORD JESUS CHRIST OF　　　:
APOSTOLIC FAITH, INC.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Respondents　　　　　:

## **ORDER**

**PER CURIAM**

**AND NOW**, this 28th day of June, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.